AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00394 |
| | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 4/23/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Jonathan J. Munafo | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jonathan J. Munafo,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)(A) - Forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with officer of U.S. Gov't;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly Conduct on Restricted Grounds w/Intent to Disrupt Official Functions;
18 U.S.C. § 1752(a)(4) - Knowingly Engaging in Act of Physical Violence against Person/Property on Restricted Grounds;
18 U.S.C. § 1752(b)(1)(A) - Violating 18 U.S.C. § 1752(a) While Using or Carrying a Dangerous Weapon;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:     04/23/2021

2021.04.23 13:32:50 -04'00'
*Issuing officer's signature*

City and state:     Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/23/21, and the person was arrested on *(date)* 4/26/21
at *(city and state)* Orlando, FL.

Date: 4/26/21

*Arresting officer's signature*

S. Pittman
*Printed name and title*