IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* <br><br> v. <br><br> JONATHAN J. MUNAFO, *Defendant.* | Criminal Case. No.: 21-330 (JEB) |

### ORDER

This matter having come before the Court for an arraignment, the Court has referred the matter to a Magistrate Judge to promptly conduct a Detention Hearing.

Since the defendant is currently detained in the Orange County Jail in Orlando, Florida, the Detention Hearing will be held remotely.

The Court ORDERS that the defendant shall not be transferred from the Orange County Jail until the Detention Hearing before a Magistrate Judge in this case is completed.

IT IS SO ORDERED.

HONORABLE JAMES E. BOASBERG
United States District Judge

Date: May 12, 2021