# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**,
*Plaintiff,*

**Criminal Case No. 21-330 (JEB)**

v.

**JONATHAN J. MUNAFO**,
*Defendant.*

## NOTICE OF APPEARANCE

Please note and enter my appearance as counsel for Jonathan J. Munafo. Please send all notices and inquiries to me at the address, email, and phone number listed below. I am authorized to practice before this Court.

**I HEREBY CERTIFY** that on this date I e-filed this Notice using the CM/ECF system, which will send notification to all parties of record.

**RESPECTFULLY SUBMITTED.**

Date: May 13, 2021.

**Eric Alexander Vos**
Federal Public Defender,
District of Puerto Rico

**/s/ Franco L. Pérez-Redondo**
Assistant Federal Public Defender
241 F.D. Roosevelt Ave.
San Juan, P.R. 00918-2441
Tel. (787) 281-4922, Fax (787) 281-4899
E-mail: Franco_Perez@fd.org