# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**,
*Plaintiff,*

v.

**JONATHAN J. MUNAFO**,
*Defendant.*

**Criminal Case. No.: 21-330 (JEB)**

## NOTICE OF APPEARANCE

Please note and enter my appearance as counsel for Jonathan J. Munafo. Please send all notices and inquiries to me at the address, email and phone number listed below. I am authorized to practice before this Court.

**I HEREBY CERTIFY** that on this date I e-filed this Notice using the CM/ECF system, which will send notification to all parties of record.

**RESPECTFULLY SUBMITTED.**

Date: May 14, 2021.

**Eric Alexander Vos**
Federal Public Defender,
District of Puerto Rico

**/s/ Kevin E. Lerman**
Research & Writing Attorney
241 F.D. Roosevelt Ave.
San Juan, P.R. 00918-2441
Tel. (787) 281-4922, Fax (787) 281-4899
E-mail: Kevin_Lerman@fd.org