AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00394 |
| | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 4/23/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Jonathan J. Munafo | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jonathan J. Munafo,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)(A) - Forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with officer of U.S. Gov't;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engaging in Disorderly Conduct on Restricted Grounds w/Intent to Disrupt Official Functions;
18 U.S.C. § 1752(a)(4) - Knowingly Engaging in Act of Physical Violence against Person/Property on Restricted Grounds;
18 U.S.C. § 1752(b)(1)(A) - Violating 18 U.S.C. § 1752(a) While Using or Carrying a Dangerous Weapon;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 04/23/2021

2021.04.23 13:32:50 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
                                      *Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/23/21, and the person was arrested on *(date)* 4/26/21
at *(city and state)* Orlando, FL.

Date: 4/26/21

*Arresting officer's signature*

S. Pittman
*Printed name and title*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                      Case No. 6: 21-1359

**JONATHAN J. MUNAFO**                          AUSA: Jen Harrington
                                                                     Defense Atty.: Erin Hyde

| U.S. MAGISTRATE JUDGE | Thomas B. Smith Courtroom 6D | | April 26, 2021 2:08-2:20 = 12 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS/PROB. | Ebonie Henderson |

## CLERK'S MINUTES
## INITIAL APPEARANCE RULE 5C COMPLAINT
**DFT TAKEN INTO FEDERAL CUSTODY 4/23/21**

Case called, appearances made, procedural setting by Court
Dft sworn and testifies
Dft is a U.S. citizen
Gov summarizes charges/penalties
Dft advised of his rights
Dft requests appointment of counsel/Court appoints FPD
Dft advised of his right to identity and preliminary hearings
Gov seeks detention
Dft requests PE hearing in this district
Gov requests 14 days extension for PE hearing
Dft objects to 2 week time period
Courts sets PE hearing for 4/30 at 10:30 a.m.
Court directs Gov to file a motion if they are not able to have an agent present for hearing on 4/30/21/He will rule on the motion
Dft advised of rule 20 transfer
Court adjourned

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6: 21-1359

JONATHAN J. MUNAFO

## ORDER SCHEDULING PRELIMINARY HEARING

A preliminary hearing in this case is scheduled as follows:

| Place: | George C. Young United States Courthouse and Federal Building. 401 W Central Boulevard Orlando, Florida | Courtroom: 6D |
| --- | --- | --- |
| | | Date and Time: 4/30/21 at 10:30 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 27, 2021

THOMAS B. SMITH
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                                              Case No. 6:21-mj-1359-TBS

JONATHAN J. MUNAFO                                  *21 mj 1355*

FINDINGS AND ORDER ON REMOVAL PROCEEDINGS PURSUANT
TO RULE 5(c), FED. R. CRIM. P.

On April 23, 2012, Defendant Jonathan J. Munafo a/k/a Jonathan Joshua Munafo appeared in this Court for removal proceedings pursuant to FED. R. CRIM. P. 5(c) on an indictment issued from the Western District of Michigan in Middle District of Florida Case No. 6:21-mj-1355-GJK. Following his initial appearance, Defendant was ordered to be held to answer in the district court for the Western District of Michigan and final commitment was given to the United States Marshal.

Today, Defendant appeared in this Court for removal proceedings in this case pursuant to FED. R. CRIM. P. 5(c) on an indictment issued from the District of Columbia. The Court conducted Defendant's initial appearance on the indictment and now orders:

(1) That the United States Marshal remove Defendant to the Western District of Michigan because that is the case in which the first order of removal was entered.

(2) After Defendant is removed to the Western District of Michigan, he shall be removed by the United States Marshal to the District of Columbia to answer the prosecution pending in that court.

(3) The timing of Defendant's removal from the Western District of Michigan to the District of Columbia will be decided by the district court in the Western District of Michigan.

(4) Defendant has reserved on the issues of identity and detention and has asked that those matters be addressed by the district court for the District of Columbia.

DONE and ORDERED in Orlando, Florida this 30th day of April, 2021.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Western District of Michigan
District of Columbia
United States Marshal
Pretrial Services Office
All Counsel who have Appeared in this Case
Defendant

- 2 -

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:21-mj-01359-GJK All Defendants

| | |
|---|---|
| Case title: USA v. Munafo | Date Filed: 04/26/2021 |
| | Date Terminated: 04/30/2021 |

Assigned to: Magistrate Judge Gregory J. Kelly

**Defendant (1)**

| | | |
|---|---|---|
| **Jonathan J. Munafo**<br>*TERMINATED: 04/30/2021* | represented by | **Erin Brenna Hyde**<br>Federal Public Defender's Office<br>201 S Orange Ave., Ste 300<br>Orlando, FL 32801-3417<br>407-648-6338<br>Fax: 407-648-6095<br>Email: erin_hyde@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:111.F ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES | |

| | |
|---|---|
| **Plaintiff** | |
| **USA** | represented by **Jennifer Michele Harrington**<br>United States Attorney's Office<br>400 W. Washington Street, Suite 3100<br>Orlando, FL 32801<br>407-648-7651<br>Fax: 407-648-7643<br>Email: Jennifer.harrington2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2021 | 1 | Arrest pursuant to Rule 5(c)(2) of Jonathan J. Munafo from the District of Columbia. (KKA) (Entered: 04/26/2021) |
| 04/26/2021 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Thomas B. Smith: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 4/26/2021 as to Jonathan J. Munafo from the District of Columbia. Appearance entered by Erin Brenna Hyde for Jonathan J. Munafo on behalf of defendant. (digital) (KKA) (Entered: 04/26/2021) |
| 04/26/2021 | 3 | ***CJA 23 Financial Affidavit by Jonathan J. Munafo. (KKA) (Entered: 04/26/2021) |
| 04/26/2021 | 4 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jonathan J. Munafo Erin Brenna Hyde for Jonathan J. Munafo appointed. Signed by Magistrate Judge Thomas B. Smith on 4/26/2021. (KKA)** (Entered: 04/26/2021) |
| 04/27/2021 | 5 | **ORDER Setting Hearing as to Jonathan J. Munafo re: 1 Arrest - Rule 5(c)(2) / Rule 32.1. Preliminary Examination set for 4/30/2021 at 10:30 AM in Orlando Courtroom 6 D before Magistrate Judge Thomas B. Smith. Signed by Magistrate Judge Thomas B. Smith on 4/27/2021. (KKA)** (Entered: 04/27/2021) |
| 04/27/2021 | 6 | **ENDORSED ORDER as to Jonathan J. Munafo. Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Thomas B. Smith on 4/27/2021. (Smith, Thomas)** (Entered: 04/27/2021) |
| 04/30/2021 | 8 | Minute Entry for In Person proceedings held before Magistrate Judge Thomas B. Smith: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 4/30/2021 as to Jonathan J. Munafo from the District of Columbia. Appearance entered by Erin Brenna Hyde for Jonathan J. Munafo on behalf of defendant. (digital) (KKA) (Entered: 04/30/2021) |
| 04/30/2021 | 9 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Jonathan J. Munafo. Signed by Magistrate Judge Thomas B. Smith on 4/30/2021. (KKA)** (KKA). (Entered: 04/30/2021) |
| 05/04/2021 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Jonathan J. Munafo. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to |

| | | update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (KKA) (Entered: 05/04/2021) |
|---|---|---|