IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff,* <br><br> v. <br><br> **JONATHAN J. MUNAFO**, *Defendant.* | Criminal Case. No.: 21-330 (JEB) |

## JOINT STATUS REPORT

The parties jointly report the following under the Court's July 13, 2021 order to submit a joint status report by today.

### Status of Mr. Munafo's Custody and W.D. Michigan Matter

1. Mr. Munafo has been transferred to FDC SeaTac where he is undergoing the mental observation ordered in his Western District of Michigan matter.

### Status of Efforts by Mr. Munafo's Defense Team

2. Now that some discovery has been provided counsel will attempt to visit Mr. Munafo in person.

3. The defense team continues to research anticipated pre-trial issues and continues fact investigations related to the case.

### Status of Discovery

4. On August 4, 2021, the government made initial discovery disclosures.

5. The defense requested some additional video files. The government has indicated it would work on turning these over and will be providing additional discovery materials consistent with its obligations.

## Status of Efforts by the Government

6. The government indicated it will attempt to tender a global plea offer to resolve both the W.D. Michigan case and this one.

## Joint Recommendation by the Parties

7. The parties jointly request that this Court continue the above-captioned proceeding for sixty days, until Tuesday, November 9, 2021. During this time, the parties request that the Speedy Trial Act, if applicable, be tolled.

RESPECTFULLY SUBMITTED.

Date: September 10, 2021.

**For the United States:**

**Channing D. Phillips**
Acting United States Attorney
DC Bar No. 415793

**/s/ Sean P. Murphy**
Sean P. Murphy
Assistant U.S. Attorney
Detailee, Capitol Riot Prosecutions
D.C. Bar No. 1187821
Torre Chardón, Suite 1201
350 Chardón Avenue
San Juan, PR  00918
Tel. 787-766-5656
sean.murphy@usdoj.gov

**For Jonathan Munafo:**

**Eric Alexander Vos**
Federal Public Defender,
District of Puerto Rico

**Franco Pérez-Redondo**
Assistant Federal Public Defender,
District of Puerto Rico

**/s/ Kevin E. Lerman***
Research & Writing Attorney
241 F.D. Roosevelt Ave.
San Juan, PR 00918-2441
Tel. (787) 281-4922, Fax (787) 281-4899
E-mail: Kevin_Lerman@fd.org

**\* I HEREBY CERTIFY** that on this date I e-filed this Notice using the CM/ECF system, which will send notification to all parties of record.