IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff,* v. **JONATHAN J. MUNAFO**, *Defendant.* | Criminal Case. No.: 21-330 (JEB) |

## JOINT STATUS REPORT

The parties jointly report the following under the Court's November 10, 2021 order to submit a joint status report by today.

### Status of Mr. Munafo's Custody and W.D. Michigan Matter

1. The forensic evaluations of Mr. Munafo regarding mental competency and criminal responsibility were filed under restricted access on Mr. Munafo's federal docket in the Western District of Michigan. 21-CR-99 (JTN), WDMI, ECF Nos. 23-24. Mr. Munafo has been transferred back to Michigan and while appearing on November 29, 2021, in open court and with his attorney present, Mr. Munafo waived his detention hearing. Id. at ECF No. 27. Further, in the minutes of the competency hearing held before Magistrate Judge Ray Kent, "the parties did not contest the findings in reports 23, 24; [and] defendant [was] found competent to proceed and found sane at time of commission of acts of alleged offenses." Id. at ECF No. 28. The court's order finding defendant competent to stand trial was issued at ECF No. 31.

2. Regarding future dates, the court set the defendant's final pretrial conference for January 11, 2022, at 1:30 PM, with a jury trial set for January 18, 2022, at 9:00 AM. Id. at ECF No. 32.

### Status of Mr. Munafo's Washington, D.C. Matter

3. The parties remain engaged in good faith plea negotiations, and the government continues to provide case-specific and general discovery as it becomes available.

### Joint Recommendation by the Parties

4. The parties jointly request that this Court continue the above-captioned proceeding for approximately sixty days, until Friday, January 28, 2022. During this time, the parties request that the Speedy Trial Act, if applicable, be tolled.

RESPECTFULLY SUBMITTED.

Date: November 30, 2021.

**For the United States:**

**Matthew M. Graves**
United States Attorney
D.C. Bar No. 481052

**/s/ Sean P. Murphy***
Sean P. Murphy
Assistant U.S. Attorney
Detailee, Capitol Riot Prosecutions
D.C. Bar No. 1187821
Torre Chardón, Suite 1201
350 Chardón Avenue
San Juan, PR  00918
Tel. 787-766-5656
sean.murphy@usdoj.gov

**For Jonathan Munafo:**

**Eric Alexander Vos**
Federal Public Defender,
District of Puerto Rico

**Franco Pérez-Redondo**
Assistant Federal Public Defender,
District of Puerto Rico

**/s/ Kevin E. Lerman**
Research & Writing Attorney
241 F.D. Roosevelt Ave.
San Juan, PR 00918-2441
Tel. (787) 281-4922, Fax (787) 281-4899
E-mail: Kevin_Lerman@fd.org

-3-

**\* I HEREBY CERTIFY** that on this date I e-filed this Notice using the CM/ECF system, which will send notification to all parties of record.