

# 1:21cr99, USA v. Munafo

US District Court Criminal Docket

United States District Court, Michigan Western

(Southern Division (1))

This case was retrieved on 11/30/2021

## Header

**Date Filed:** 05/18/2021
**Other Docket:** Magistrate judge case number: 1:21mj00025

**Class Code:** Open
**Closed:**

## Participants

### Defendant

| Name | Attorneys |
|---|---|
| Jonathan Joshua Munafo | James Stevenson Fisher |
| | LEAD ATTORNEY;ATTORNEY TO BE NOTICED |
| | Federal Public Defender (Grand Rapids) |
| | 50 Louis St. NW, Ste. 300 |
| | Grand Rapids, MI 49503-2633 |
| | USA |
| | james_fisher@fd.org |
| | (616) 742-7420Designation: Public Defender or Community Defender Appointment |

## Charges

**Complaints:** 18:875(c) Interstate Communication (Threat) - communicating a threat in interstate commerce

**Pending:** 18:875(c) INTERSTATE COMMUNICATIONS - THREATS; interstate threatening communications(1-2)

## Disposition

1:21cr99, USA v. Munafo

47:223(a)(1)(E) OBSCENE OR HARASSING TELEPHONE CALLS; interstate harassing telephone calls(3)

**Offense Level (Opening):** Felony

**Terminated:** none

**Case Assigned To:** Judge Janet T. Neff

# U.S. Attorneys

Nils R. Kessler

LEAD ATTORNEY;ATTORNEY TO BE NOTICED

U.S. Attorney (Grand Rapids)

The Law Bldg. P.O. Box 208

Grand Rapids, MI 49501-0208

USA

Nils.Kessler@usdoj.gov

(616) 456-2404Designation: Assistant U.S. Attorney

# Proceedings

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 1 | 01/20/2021 | COMPLAINT as to Jonathan Joshua Munafo; signed by Magistrate Judge Sally J. Berens (Attachments: # 1 Continuation of Criminal Complaint) (jal) Modified text on 4/26/2021 (jln). [1:21-mj-00025-SJB] (Entered: 01/20/2021) | |
| 3 | 01/20/2021 | PENALTY SHEET re Criminal Complaint 1 as to Jonathan Joshua Munafo (jal) Modified text on 4/26/2021 (jln). [1:21-mj-00025-SJB] (Entered: 01/20/2021) | |
| 4 | 01/20/2021 | MOTION and ORDER TO SEAL CASE until defendant is arrested, the investigation is completed, or further order of this court; signed by Magistrate Judge Sally J. Berens (jal) Modified text on 4/26/2021 (jln). [1:21-mj-00025-SJB] (Entered: 01/20/2021) | |
| 5 | 04/23/2021 | MOTION and ORDER to unseal case as to Jonathan Joshua Munafo; CASE UNSEALED; signed by Magistrate Judge Phillip J. Green (ald) [1:21-mj-00025-SJB] (Entered: 04/23/2021) | |
| | 04/23/2021 | WARRANT EXECUTED; defendant Jonathan Joshua Munafo arrested by FBI agent Unknown in Middle District of Florida (USM Control Room, mcd) [1:21-mj-00025-SJB] (Entered: 04/26/2021) | |

1:21cr99, USA v. Munafo

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 6 | 04/26/2021 | RULE 5 DOCUMENTS received from Middle District of Florida as to defendant Jonathan Joshua Munafo (Attachments: # 1 Attachment Minutes, # 2 Attachment Order Appointing Federal Public Defender, # 3 Attachment Waiver of Rule 5 &amp; 5.1 Hearings, # 4 Attachment Order on Removal, # 5 Attachment Commitment to Another District) (jln) [1:21-mj-00025-SJB] (Entered: 04/26/2021) | |
| | 05/12/2021 | (NON-DOCUMENT) ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendant Jonathan Joshua Munafo; signed by Magistrate Judge Sally J. Berens (jln) [1:21-mj-00025-SJB] (Entered: 05/12/2021) | |
| | 05/12/2021 | DEFENDANT Jonathan Joshua Munafo will be represented by James Stevenson Fisher (Federal Public Defender, ) [1:21-mj-00025-SJB] (Entered: 05/12/2021) | |
| 7 | 05/18/2021 | INDICTMENT as to Jonathan Joshua Munafo (ns) (Entered: 05/18/2021) | |
| 8 | 05/18/2021 | PENALTY SHEET re Indictment 7 as to Jonathan Joshua Munafo (Kessler, Nils) (Entered: 05/18/2021) | |
| 9 | 06/09/2021 | MINUTES of FIRST APPEARANCE of defendant Jonathan Joshua Munafo held before Magistrate Judge Ray Kent; defendant previously appointed court-appointed counsel; government moved for detention and defendant remanded to custody of USM pending further proceedings before the magistrate judge (Proceedings Digitally Recorded) (sjc) Modified text on 6/10/2021 (sjc). (Entered: 06/09/2021) | |
| 10 | 06/10/2021 | ORDER SCHEDULING PROGRESSION OF CASE as to defendant Jonathan Joshua Munafo: arraignment, detention hearing and initial pretrial conference set for 6/15/2021 at 10:00 AM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; signed by Magistrate Judge Ray Kent (fhw) (Entered: 06/10/2021) | |
| 11 | 06/10/2021 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by defendant Jonathan Joshua Munafo (Fisher, James) (Entered: 06/10/2021) | |
| 12 | 06/10/2021 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by USA as to defendant Jonathan Joshua Munafo (Kessler, Nils) (Entered: 06/10/2021) | |
| 13 | 06/15/2021 | (RESTRICTED ACCESS) PRETRIAL SERVICES REPORT as to Jonathan Joshua Munafo [Access to this document is available to the Court and temporarily available to attorney(s) for USA, | |

1:21cr99, USA v. Munafo

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | Jonathan Joshua Munafo only] (USPO Sheila Osborn, jae, ) Modified to revoke attorney access on 11/29/2021 (sjc). (Entered: 06/15/2021) |   |
| 14 | 06/15/2021 | MINUTES of omnibus hearing as to defendant Jonathan Joshua Munafo held before Magistrate Judge Ray Kent; date and time set for arraignment, initial pretrial conference and detention hearings; the Court sua sponte ordered defendant committed for evaluations regarding competency and sanity; order to issue; defendant remanded to custody of USM (Proceedings Digitally Recorded) (sjc) (Entered: 06/15/2021) |   |
| 15 | 06/15/2021 | ORDER OF COMMITMENT FOR MENTAL EXAMINATION of defendant Jonathan Joshua Munafo; signed by Magistrate Judge Ray Kent (fhw) (Entered: 06/16/2021) |   |
| 16 | 07/06/2021 | ORDER for transportation of defendant Jonathan Joshua Munafo re 15 ; signed by Magistrate Judge Ray Kent (sjc) (Entered: 07/06/2021) |   |
| 17 | 07/26/2021 | TRANSCRIPT of Omnibus Hearing as to defendant Jonathan Joshua Munafo held 06/15/2021 before Magistrate Judge Ray Kent ; NOTE: this transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the release of transcript restriction date; after that date it may be obtained through PACER; under the Policy Regarding Transcripts the parties have 14 days within which to file a Notice of Intent to Request Redaction, and 21 days within which to file a Redaction Request; if no Redaction Request is filed, the court will assume redaction of personal identifiers is not necessary and this transcript will be made available via PACER after the release of transcript restriction set for 10/25/2021 ; redaction request due 8/16/2021 (Court Reporter-Transcriptionist: Dexter, Melinda 517-604-1732) (Entered: 07/26/2021) |   |
| 18 | 08/10/2021 | LETTER from I. Jacquez, Warden of Federal Bureau of Prisons re Jonathan Joshua Munafo re inability to provide timeline for completion of evaluation due to Covid-19 action plan (sjc) (Entered: 08/12/2021) |   |
| 19 | 08/12/2021 | MINUTES of telephone conference as to defendant Jonathan Joshua Munafo held before Magistrate Judge Ray Kent re 18 (Proceedings Not Digitally Recorded) (sjc) (Entered: 08/12/2021) |   |
| 20 | 10/25/2021 | LETTER from Federal Bureau of Prisons to conduct mental health evaluation and to file report re Jonathan Joshua Munafo  (sjc) (Entered: 10/25/2021) |   |

1:21cr99, USA v. Munafo

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|  | 10/25/2021 | MOTION for extension of time to conduct mental health evaluation and to file report re Jonathan Joshua Munafo (as taken from 20 ) (sjc) Modified text on 10/25/2021 (sjc). (Entered: 10/25/2021) |  |
|  | 10/25/2021 | (NON-DOCUMENT) ORDER REFERRING MOTION for extension of time 20 as to defendant Jonathan Joshua Munafo to Magistrate Judge Ray Kent under 28 U.S.C. 636(b)(1)(A); signed by Judge Janet T. Neff (Judge Janet T. Neff, rmw) (Entered: 10/25/2021) |  |
| 21 | 10/25/2021 | ORDER granting motion for extension of time to file (as taken from 20 ) as to Jonathan Joshua Munafo; signed by Magistrate Judge Ray Kent (sjc) (Entered: 10/25/2021) |  |
| 22 | 11/16/2021 | LETTER from Federal Bureau of Prisons re mental competency and criminal responsibility reports re Jonathan Joshua Munafo (sjc) (Entered: 11/16/2021) |  |
| 23 | 11/16/2021 | (RESTRICTED ACCESS) FORENSIC EVALUATION regarding mental competency as to Jonathan Joshua Munafo [Access to this document is available to the Court and attorney(s) for USA, Jonathan Joshua Munafo only] (sjc) Modified text on 11/16/2021 (sjc). (Entered: 11/16/2021) |  |
| 24 | 11/16/2021 | (RESTRICTED ACCESS) FORENSIC EVALUATION regarding criminal responsibility as to Jonathan Joshua Munafo [Access to this document is available to the Court and attorney(s) for USA, Jonathan Joshua Munafo only] (sjc) (Entered: 11/16/2021) |  |
| 25 | 11/17/2021 | NOTICE OF HEARING as to Jonathan Joshua Munafo: competency hearing set for 11/29/2021 at 10:30 AM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; (fhw) (Entered: 11/17/2021) |  |
| 26 | 11/17/2021 | NOTICE OF HEARING as to defendant Jonathan Joshua Munafo: continued arraignment, detention hearing and initial pretrial conference set for 11/29/2021 at 10:30 AM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; (fhw) (Entered: 11/17/2021) |  |
| 27 | 11/29/2021 | ORDER OF DETENTION pending trial as to defendant Jonathan Joshua Munafo; signed by Magistrate Judge Ray Kent (fhw) (Entered: 11/29/2021) |  |
| 28 | 11/29/2021 | MINUTES of COMPETENCY hearing as to Jonathan Joshua Munafo held before Magistrate Judge Ray Kent; the parties did not contest the findings in reports 23 , 24 ; defendant found competent to proceed and found sane at time of commission of acts of alleged offenses; order to issue; ARRAIGNMENT, INITIAL PRETRIAL CONFERENCE and DETENTION held; defendant |  |

1:21cr99, USA v. Munafo

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | pled not guilty to Counts 1-3 of the indictment; Rule 5(f) order to issue; defendant waived detention hearing and ordered detained pending further proceedings before the district judge (Proceedings Digitally Recorded) (sjc) (Entered: 11/29/2021) |  |
| 29 | 11/29/2021 | DEFENDANT'S RIGHTS as to defendant Jonathan Joshua Munafo (sjc) (Entered: 11/29/2021) |  |
| 30 | 11/29/2021 | ORDER as to defendant Jonathan Joshua Munafo re Rule 5(f); signed by Magistrate Judge Ray Kent (sjc) (Entered: 11/29/2021) |  |
| 31 | 11/29/2021 | ORDER finding defendant Jonathan Joshua Munafo competent to stand trial; signed by Magistrate Judge Ray Kent (fhw) (Entered: 11/29/2021) |  |
| 32 | 11/30/2021 | CASE MANAGEMENT ORDER as to defendant Jonathan Joshua Munafo: final pretrial conference set for 1/11/2022 at 01:30 PM at 401 Federal Building, Grand Rapids, MI before Judge Janet T. Neff; jury trial set for 1/18/2022 at 09:00 AM at 401 Federal Building, Grand Rapids, MI before Judge Janet T. Neff; counsel shall be present 30 minutes prior to trial for an in-chambers conference; signed by Judge Janet T. Neff (Judge Janet T. Neff, rmw) (Entered: 11/30/2021) |  |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document