UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    CASE NO. 21-CR-330 (JEB) |
| v. | : |
| | : |
| JONATHAN J. MUNAFO, | : |
| | : |
| Defendant. | : |

## NOTICE OF FILING

To illustrate the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the Capitol Breach), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team. We request that these memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);
2. Memorandum Regarding Status of Discovery as of August 23, 2021;
3. Memorandum Regarding Status of Discovery as of September 14, 2021;
4. Memorandum Regarding Status of Discovery as of October 21, 2021; and
5. Memorandum Regarding Status of Discovery as of November 5, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/ *Emily A. Miller*
EMILY A. MILLER
Capitol Breach Discovery Coordinator
DC Bar No. 462077
555 Fourth Street, N.W., Room 5826
Washington, DC 20530
emily.miller2@usdoj.gov
202-252-6988

By:    [signature]
SEAN P. MURPHY
Assistant U.S. Attorney
DC Bar No. 1187821
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656