# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**,
*Plaintiff,*

v.

**JONATHAN J. MUNAFO**,
*Defendant.*

**Criminal Case. No.: 21-330 (JEB)**

## MOTION REQUESTING EXTENSION OF TIME TO SUBMIT JOINT STATUS REPORT

Since the last status report on November 30, 2021, we have completed significant work on this case and continue to communicate with the government regarding discovery and other matters. The parties, however, inadvertently missed yesterday's due date for an updated status report. As such we respectfully ask leave to submit the report by Monday, January 31, 2022.

**RESPECTFULLY SUBMITTED.**

January 28, 2022

**Eric Alexander Vos**
Federal Public Defender,
District of Puerto Rico

**Franco Pérez-Redondo**
Assistant Federal Public Defender,
District of Puerto Rico

**/s/ Kevin E. Lerman\***
Research & Writing Attorney
241 F.D. Roosevelt Ave.
San Juan, PR 00918-2441
Tel. (787) 281-4922, Fax (787) 281-4899
E-mail: Kevin_Lerman@fd.org

**\* I CERTIFY** that on this date I ECF-filed this Motion, sending notification to all parties of record.