IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff,* v. **JONATHAN J. MUNAFO**, *Defendant.* | Criminal Case. No.: 21-330 (JEB) |

## JOINT STATUS REPORT

The parties jointly report the following.

### Status of Mr. Munafo's Custody and W.D. Michigan Matter

1. Mr. Munafo remains in custody at the Newaygo County Jail in White Cloud, Michigan.

2. His Western District of Michigan case, 21-CR-99 (JTN), has been scheduled for trial on April 19, 2022, with a pretrial conference on April 5, 2022. *Id.* ECF No. 41.

### Status of Mr. Munafo's Washington, D.C. Matter

3. The parties remain engaged in good faith plea negotiations and the government continues to provide case-specific and general discovery as it becomes available.

4. Defense counsel traveled to Washington, D.C., and viewed the Capitol grounds on January 22, 2022, through a tour arranged by the government. The defense team is in regular contact with Mr. Munafo through videoconferences.

## Joint Recommendation by the Parties

5. The parties jointly request that this Court continue this case for sixty days from today, until Friday, April 1, 2022. During this time, the parties request that the Speedy Trial Act, if applicable, be tolled.

**RESPECTFULLY SUBMITTED.**

Date: January 31, 2022

| **For the United States:** | **For Jonathan Munafo:** |
|---|---|
| **Matthew M. Graves** <br> United States Attorney <br> D.C. Bar No. 481052 | **Eric Alexander Vos** <br> Federal Public Defender, <br> District of Puerto Rico |
| **/s/ Sean P. Murphy** <br> Assistant U.S. Attorney <br> Detailee, Capitol Riot Prosecutions <br> D.C. Bar No. 1187821 <br> Torre Chardón, Suite 1201 <br> 350 Chardón Avenue <br> San Juan, PR  00918 <br> Tel. 787-766-5656 <br> sean.murphy@usdoj.gov | **Franco Pérez-Redondo** <br> Assistant Federal Public Defender, <br> District of Puerto Rico <br><br> */s/* **Kevin E. Lerman\*** <br> Research & Writing Attorney <br> 241 F.D. Roosevelt Ave. <br> San Juan, PR 00918-2441 <br> Tel. (787) 281-4922, Fax (787) 281-4899 <br> E-mail: Kevin_Lerman@fd.org |

**\* I HEREBY CERTIFY** that on this date I e-filed this Notice using the CM/ECF system, which will send notification to all parties of record.