IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**,
*Plaintiff,*

v.

**JONATHAN J. MUNAFO**,
*Defendant.*

Criminal Case. No.: 21-330 (JEB)

## JOINT STATUS REPORT

The parties jointly report the following.

### Status of Mr. Munafo's Custody and W.D. Michigan Matter

1. Mr. Munafo remains in custody at the Newaygo County Jail in White Cloud, Michigan.

2. His Western District of Michigan case, 21-CR-99 (JTN), has been rescheduled for trial on June 28, 2022, with a pretrial conference on June 21, 2022. *Id.* ECF No. 41.

### Status of Mr. Munafo's Washington, D.C. Matter

3. The government has not yet tendered any plea offer, but the parties have engaged in good faith plea negotiations.

4. Mr. Munafo's D.C. defense team will likely seek a pretrial-release order in this matter in the coming weeks after collaborating with counsel in the Michigan matter. The defense team is in regular contact with Mr. Munafo through videoconferences and has been able to review a small portion of the digital discovery with him.

## Joint Recommendation by the Parties

5. The parties jointly request that this Court continue this case for sixty days from today, until Tuesday, May 31, 2022. During this time, the parties request that the Speedy Trial Act, if applicable, be tolled.

**RESPECTFULLY SUBMITTED.**

Date: April 1, 2022

| For the United States: | For Jonathan Munafo: |
|---|---|
| **Matthew M. Graves**<br>United States Attorney<br>D.C. Bar No. 481052 | **Eric Alexander Vos**<br>Federal Public Defender,<br>District of Puerto Rico |
| **/s/ Sean P. Murphy**<br>Assistant U.S. Attorney<br>Detailee, Capitol Riot Prosecutions<br>D.C. Bar No. 1187821<br>Torre Chardón, Suite 1201<br>350 Chardón Avenue<br>San Juan, PR  00918<br>Tel. 787-766-5656<br>sean.murphy@usdoj.gov | **Franco Pérez-Redondo**<br>Assistant Federal Public Defender,<br>District of Puerto Rico<br><br>*/s/* **Kevin E. Lerman\***<br>Research & Writing Attorney<br>241 F.D. Roosevelt Ave.<br>San Juan, PR 00918-2441<br>Tel. (787) 281-4922, Fax (787) 281-4899<br>E-mail: Kevin_Lerman@fd.org |

**\* I HEREBY CERTIFY** that on this date I e-filed this Notice using the CM/ECF system, which will send notification to all parties of record.