| | | |
|---|---|---|
| Government | ✓ | United States of America |
| Plaintiff | ☐ | VS. |
| Defendant | ☐ | |
| Joint | ☐ | Jonathan Joshua Munafo |
| Court | ☐ | |

Civil/Criminal No. 21-CR-330 (JEB)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Video | 5/17/22 | 5/17/22 | | |
| 2 | Video produce by FBI - BOLO#170 | 5/17/22 | 5/17/22 | | |
| 3 | Video | 5/17/22 | 5/17/22 | | |
| 4 | Video of November 2020 | 5/17/22 | 5/17/22 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |