UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-330 (JEB) |
| v. | : | |
| | : | |
| JONATHAN JOSHUA MUNAFO, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LCrR 49

Pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the government hereby gives notice of the following video exhibits in support of the government's memorandum in support of pretrial detention (ECF No. 24). These videos will be provided to the Court and all counsel via a secure filesharing platform. Please note that all files in the filesharing platform will delete after 60 days. It is not and is not intended to be a permanent file storage facility. If any party believes that they will need to retain access to any of the videos beyond 60 days, the government recommends that they download the files within the next 60 days.

The government showed each of these videos in their entirety at the hearing and has no objection to the public release of these videos.

### GOV'T EXHIBIT 01

*Type:* Video
*File Type:* .mp4
*Length:* 1 min 13 sec
*Source:* Open-source intelligence (OSINT)
*Description:* Munafo can be seen amongst the rioters just outside of the Tunnel on the Lower West Terrace. Munafo can be seen leaping out of the crowd at approximately 00:26 and punching the police officer several times while ripping the riot shield out of his hands and holding it triumphantly over his head. Munafo can then be seen slinking away with the shield at approximately 00:55.

**GOV'T EXHIBIT 02**

*Type:*        Video
*File Type:*   .mp4
*Length:*      0 min 52 seconds
*Source:*      Video produced by the FBI for AFO BOLO No. 170
*Description:* This video has several clips and angles that have been pieced together and slowed down by the FBI. The individual seen in each of the clips assaulting law enforcement and robbing the riot shield is Munafo.

**GOV'T EXHIBIT 03**

*Type:*        Video
*File Type:*   .mp4
*Length:*      1 min 37 seconds
*Source:*      OSINT
*Description:* This video is an overhead view of the Lower West Terrace, and Munafo can be seen attempting to smash in a window of the Capitol by striking it repeatedly with a flagpole.

**GOV'T EXHIBIT 04**

*Type:*        Video
*File Type:*   .mp4
*Length:*      0 min 09 sec
*Source:*      Video provided to law enforcement in Munafo's pending criminal matter out of Lynn, MA
*Description:* Munafo is seen on November 6, 2020, chasing down a jogger and punching him several times, and then punching a female bystander in the face before fleeing to his car.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant U.S. Attorney
DC Bar No. 1187821
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656