## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> *Plaintiff,* <br><br> v. <br><br> **JONATHAN J. MUNAFO**, <br> *Defendant.* | **Criminal Case. No.: 21-CR-330 (JEB)** |

## JOINT STATUS REPORT

The parties jointly report the following.

### Status of Mr. Munafo's Custody and W.D. Michigan Matter

1.      Mr. Munafo remains in custody at the Newaygo County Jail in White Cloud, Michigan.

2.      In Western District of Michigan case no. 21-CR-99 (JTN), Mr. Munafo and the government agreed to resolve the matter and submitted a plea agreement on May 23, 2022. The district court accepted Mr. Munafo's guilty plea, and scheduled the sentencing hearing for October 6, 2022.

### Status of Mr. Munafo's Washington, D.C. Matter

3.      The government has tendered a plea offer, and the parties continue to engage in good faith plea negotiations.

4.      The defense team remains in regular contact with Mr. Munafo through videoconferences and legal mail. To facilitate review of discovery, the defense recently sent a written request to the Newaygo County Jail to allow Mr. Munafo to receive a hard drive with digital materials. Response is pending.

## Joint Recommendation by the Parties

5.     The parties jointly request that this Court continue this case for sixty days from today, until Tuesday, September 13, 2022. Should circumstances change significantly before then, the parties will advise the Court. During this time, the parties request that the Speedy Trial Act, if applicable, be tolled.

RESPECTFULLY SUBMITTED.

Date: July 15, 2022

**For the United States:**

**Matthew M. Graves**
United States Attorney
D.C. Bar No. 481052

**/s/ Sean P. Murphy**
Assistant U.S. Attorney
Detailee, Capitol Riot Prosecutions
D.C. Bar No. 1187821
Torre Chardón, Suite 1201
350 Chardón Avenue
San Juan, PR  00918
Tel. 787-766-5656
sean.murphy@usdoj.gov

**For Jonathan Munafo:**

**Eric Alexander Vos**
Federal Public Defender,
District of Puerto Rico

**Franco Pérez-Redondo**
Assistant Federal Public Defender,
District of Puerto Rico

**/s/ Kevin E. Lerman***
Research & Writing Attorney
241 F.D. Roosevelt Ave.
San Juan, PR 00918-2441
Tel. (787) 281-4922, Fax (787) 281-4899
E-mail: Kevin_Lerman@fd.org

**\* I CERTIFY** that I ECF-filed this Status Report, notifying all parties.