IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**,
*Plaintiff,*

v.

**JONATHAN J. MUNAFO**,
*Defendant.*

Criminal Case. No.: 21-CR-330 (JEB)

## JOINT STATUS REPORT

The parties jointly report the following.

### Status of Mr. Munafo's Custody and W.D. Michigan Matter

1. Mr. Munafo remains in custody at the Newaygo County Jail in White Cloud, Michigan.

2. In Western District of Michigan case no. 21-CR-99 (JTN), Mr. Munafo's sentencing hearing remains scheduled for October 6, 2022.

### Status of Mr. Munafo's Washington, D.C. Matter

3. The parties continue to engage in good faith plea negotiations.

4. The defense team remains in regular contact with Mr. Munafo through videoconferences and legal mail. To facilitate review of discovery, the defense sent a follow-up request to the Newaygo County Jail to allow Mr. Munafo to receive a hard drive with digital materials. Response is pending.

### Joint Recommendation by the Parties

5. The parties jointly request that this Court continue this case for sixty-two days from today, until Monday, November 14, 2022. Should circumstances

change significantly before then, the parties will advise the Court. During this time, the parties request that the Speedy Trial Act, if applicable, be tolled.

**RESPECTFULLY SUBMITTED.**

Date: September 13, 2022

| For the United States: | For Jonathan Munafo: |
|---|---|
| **Matthew M. Graves**<br>United States Attorney<br>D.C. Bar No. 481052<br><br>**/s/ Sean P. Murphy**<br>Assistant U.S. Attorney<br>Detailee, Capitol Riot Prosecutions<br>D.C. Bar No. 1187821<br>Torre Chardón, Suite 1201<br>350 Chardón Avenue<br>San Juan, PR  00918<br>Tel. 787-766-5656<br>sean.murphy@usdoj.gov | **Eric Alexander Vos**<br>Federal Public Defender,<br>District of Puerto Rico<br><br>**Franco Pérez-Redondo**<br>Assistant Federal Public Defender,<br>District of Puerto Rico<br><br>**/s/ Kevin E. Lerman\***<br>Research & Writing Attorney<br>241 F.D. Roosevelt Ave.<br>San Juan, PR 00918-2441<br>Tel. (787) 281-4922, Fax (787) 281-4899<br>E-mail: Kevin_Lerman@fd.org<br><br><br>**\* I CERTIFY** that I ECF-filed this Status Report, notifying all parties. |