# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff,* v. **JONATHAN J. MUNAFO**, *Defendant.* | **Criminal Case. No.: 21-CR-330 (JEB)** |

## JOINT STATUS REPORT

The parties jointly report the following.

On October 26, 2022, Mr. Munafo was sentenced to 24 months in Western District of Michigan Case No. 21-CR-99 (JTN). The District of Michigan court ordered the U.S. Marshals to transfer him to the District of Columbia "forthwith." *Id.* ECF No. 74, p. 2. Mr. Munafo remains at Newyago County Jail in Michigan awaiting transfer.

The parties jointly request that this Court continue this case for sixty days from today, until Friday, January 13, 2023. Should circumstances change significantly before then, the parties will advise the Court. During this time, the parties request that Speedy Trial Act time be tolled.

\* \* \* \*

**RESPECTFULLY SUBMITTED.**

Date: November 14, 2022

| For the United States: | For Jonathan Munafo: |
|---|---|
| **Matthew M. Graves** <br> United States Attorney <br> D.C. Bar No. 481052 | **Eric Alexander Vos** <br> Federal Public Defender, <br> District of Puerto Rico |
| **/s/ Sean P. Murphy\*** <br> Assistant U.S. Attorney <br> Detailee, Capitol Riot Prosecutions <br> D.C. Bar No. 1187821 <br> Torre Chardón, Suite 1201 <br> 350 Chardón Avenue <br> San Juan, PR  00918 <br> 787-766-5656 <br> sean.murphy@usdoj.gov | **Franco Pérez-Redondo** <br> Assistant Federal Public Defender, <br> District of Puerto Rico <br><br> **/s/ Kevin E. Lerman** <br> Research & Writing Attorney <br> 241 F.D. Roosevelt Ave. <br> San Juan, PR 00918-2441 <br> Tel. 787-281-4922, Fax 787-281-4899 <br> kevin_lerman@fd.org |

**\* I Certify** that I ECF-filed this Status Report, notifying all parties.