**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                      CRIMINAL NO. 21-CR-330 (JEB)

JONATHAN JOSHUA MUNAFO,
    Defendant.
_____/

**APPEARANCE OF COUNSEL**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE ENTER THE APPEARANCE** of the undersigned Assistant Federal Public Defender, Joseph A. Niskar, as co-counsel for Defendant Jonathan Munafo.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 6th day of December 2022.

                                            **ERIC A. VOS**
                                            **Federal Public Defender**
                                            **District of Puerto Rico**

                                            */s / Joseph A. Niskar*
                                    By: Joseph A. Niskar
                                           Assistant Federal Public Defender
                                           Federal Public Defender Office–Puerto Rico
                                           USDC- G/03007
                                           Tel:  787-474-6364
                                           Email: Joseph_Niskar@fd.org