IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff,* v. **JONATHAN J. MUNAFO**, *Defendant.* | **Criminal Case. No.: 21-330 (JEB)** |

#### UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Mr. Munafo respectfully moves the Court for an order to continue the January 13, 2023 Status Conference to **Friday, January 27, 2022 at 2:00 p.m.** Government Counsel indicated by email that the government does not oppose this continuance.

The basis for the request is to allow counsel for Mr. Munafo to complete additional case-related tasks while in the D.C. area, which will not be possible at the time of the January 13 date. It is requested that the time before that date be excluded under the Speedy Trial Act in the interests of justice.

**RESPECTFULLY SUBMITTED.**

December 20, 2022

Eric Alexander Vos
Federal Public Defender,
District of Puerto Rico

**/s/ Kevin E. Lerman\***
Research & Writing Attorney
241 F.D. Roosevelt Ave.
San Juan, PR 00918-2441
Tel. (787) 281-4922, Fax (787) 281-4899
E-mail: Kevin_Lerman@fd.org

**\* I CERTIFY** that on this date I ECF-filed this Motion, sending notification to all parties of record.