UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,                                        CR. NO. 1:21-CR-00330-JEB

v.

JONATHAN JOSHUA MUNAFO,

        Defendant.
_____/

## MOTION TO SEAL

**NOW COMES** Defendant, Jonathan Munafo, represented by the Federal Public Defender for the District of Puerto Rico, through his undersigned attorney, and very respectfully states as follows:

1. Undersigned counsel for Defendant intends on filing an Ex Parte-Sealed Motion concomitantly with the instant pleading.

2. Counsel requests leave to file their Ex Parte Motion under seal as it relates to defense counsel's work product and does not involve the government.

3. The motion is being submitted *under seal* because it contains private information relating to the counsel's representation of the Defendant.

4. This motion to seal is filed in compliance with Local Criminal Rule 49.

**WHEREFORE**, it is respectfully requested that the Court take notice of the present motion and that the same be granted.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system which will send electronic notification of said filing to all parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 19th day of January 2023.

**Eric A. Vos**
**Federal Public Defender**
**District of Puerto Rico**


*/s/ Joseph A. Niskar*
Joseph A. Niskar
Assistant Federal Public Defender
241 F.D. Roosevelt Ave.
San Juan, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Joseph_Niskar@fd.org