UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,                            CR. NO. 1:21-CR-00330-JEB

v.

                                      ** FILED UNDER SEAL **

JONATHAN JOSHUA MUNAFO,

      Defendant.
_____/

# EX PARTE MOTION TO ALLOW DEFENDANT'S ATTORNEYS TO BRING COMPUTERS AND EXTERNAL HARD DRIVES INTO NORTHERN NECK REGIONAL JAIL

NOW COMES Defendant, JONATHAN MUNAFO, by and through his attorneys from the Federal Public Defender Office, District of Puerto Rico, and requests this Honorable Court to allow counsel to bring their computers and external hard drives into the Northern Neck Regional Jail in order to review the discovery materials produced by the government. In further support of their motion, Defendant states as follows:

1. Defendant is charged by way of Indictment in the United States District Court for the District of Columbia in the above-captioned matter.

2. During the course of this investigation, the government obtained surveillance videos, cell phone records, as well as many other forms of electronic discovery relating to this case.

3. The Defendant has expressed to counsel that he is interested in reviewing the discovery as he believes it will assist him in his defense. Counsel believes Mr. Munafo's review of the videos will assist in the preparation of pretrial motions, for trial and is also necessary to provide Mr. Munafo with effective representation as guaranteed by the *U.S. Constitution*.

4. Counsel intends on downloading the discovery onto their laptop computers (Microsoft Surface Laptop 4, Serial No. 004155614057) (Microsoft Surface Laptop 3, Serial No. 047636201957) and onto an external hard drive (Western Digital, My Passport, Serial No. WXD1A28A8J8H) in order to review the documents, recordings and other materials with their client.

WHEREFORE, Defendant requests this Honorable Court to enter an order permitting attorneys Joseph A. Niskar and Kevin E. Lerman to bring the above-described laptop computers and external hard drive into the Northern Neck Regional Jail in order to allow Defendant, JONATHAN MUNAFO, the opportunity to review discovery provided by the government in the present matter.

**RESPECTFULLY SUBMITTED.**

**Eric Alexander Vos**
Federal Public Defender,
District of Puerto Rico

**Joseph A. Niskar**
Assistant Federal Public Defender,
District of Puerto Rico

**\*  I Certify** that on this date I ECF-filed this Ex Parte-Sealed Motion.

**/s/ Joseph A. Niskar\***
Attorney for Defendant
241 F.D. Roosevelt Ave.
San Juan, PR 00918-2441
Tel. (787) 281-4922
E-mail: Joseph_Niskar@fd.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,                             CR. NO. 1:21-CR-00330-JEB

v.

                                              ** SEALED **

JONATHAN JOSHUA MUNAFO,

        Defendant.
_____/

## EX PARTE ORDER ALLOWING DEFENDANT'S ATTORNEYS TO BRING COMPUTERS AND EXTERNAL HARD DRIVES INTO NORTHERN NECK REGIONAL JAIL

The Court having been advised in this matter that Defendant should be allowed to review the discovery materials produced by the government, and for the reasons stated below, finds as follows:

1. Defendant is charged by way of Indictment in the United States District Court for the District of Columbia in the above-captioned matter.

2. During the course of this investigation, the government obtained surveillance videos, cell phone records, as well as many other forms of electronic discovery relating to this case.

3. The Defendant has expressed to counsel that he is interested in reviewing the discovery as he believes it will assist him in his defense. Counsel believes Mr. Munafo's review of the videos will

      assist in the preparation of pretrial motions, for trial and is also necessary to provide Mr. Munafo with effective representation as guaranteed by the *U.S. Constitution*.

4. Counsel intends on downloading the discovery onto their laptop computers (Microsoft Surface Laptop 4, Serial No. 004155614057) (Microsoft Surface Laptop 3, Serial No. 047636201957) and onto an external hard drive (Western Digital, My Passport, Serial No. WXD1A28A8J8H) in order to review the documents, recordings and other materials with their client.

IT IS THEREFORE ORDERED that attorneys Joseph A. Niskar and Kevin E. Lerman are permitted to bring the above-described laptop computers and external hard drive into the Northern Neck Regional Jail in order to allow Defendant, JONATHAN MUNAFO, the opportunity to review discovery provided by the government in the present matter.

 

_____
HONORABLE JAMES E. BOASBERG
U.S. DISTRICT COURT JUDGE