CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21-cr-00330-JEB-1 |
| ) | |
| JONATHAN JOSHUA MUNAFO ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_[signature]_
Defendant Jonathan Munafo

_[signature]_
Counsel for Defendant Joseph A. Nistler

I consent:

_[signature]_
Assistant United States attorney

Approved:

_[signature]_
Chief Judge Boasberg
United States District Judge

Date: 4/21/23