**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 21-CR-330 (JEB) |
| | : | |
| JONATHAN JOSHUA MUNAFO, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE**
**UNREDACTED SENTENCING MEMORANDUM UNDER SEAL**

The United States respectfully requests permission to file its unredacted Sentencing Memorandum under seal. The government's unredacted Sentencing Memorandum contains sensitive information about the defendant's medical history and diagnoses and other family circumstances. The government will file a redacted copy of its Sentencing Memorandum on the public docket. The government redacted only the sections relating to the described sensitive information. A proposed order is attached.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

Sean P. Murphy
Assistant United States Attorney
Detailee, Capitol Siege Section
D.C. Bar No. 1187821
Torre Chardon, Ste 1201
350 Carlos Chardon Ave
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov