UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 21-CR-330 (JEB) |
| : | |
| JONATHAN JOSHUA MUNAFO, : | |
| : | |
| Defendant. : | |

**ORDER**

Upon the motion of the Government, it is hereby ordered this twentieth day of September 2023, that for the reasons stated, the government's Motion for Leave to File Unredacted Sentencing Memorandum Under Seal is GRANTED, and that the government's Sentencing Memorandum is FILED UNDER SEAL.

**SO ORDERED.**

_____
Honorable James E. Boasberg
U.S. DISTRICT COURT, CHIEF JUDGE