

**U.S. Department of Justice**
Federal Bureau of Prisons

---

*Designation and Sentence Computation Center*

*U.S. Armed Forces Reserve Complex*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

### INDEPENDENT SENTENCE COMPUTATION (PSIN)

Inmate Name: **JONATHAN JOSHUA MUNAFO**          Register Number: **41444-509**

United States District Court          Case Number(s):
Western District of Michigan               **1:21-cr-99**

Date of Imposition: 10-26-2022

Reason for PSIN: Insufficient time for Designation

```
DSCDZ * SENTENCE MONITORING * 11-08-2022
PAGE 001 OF 001 * NEW INDEPENDENT SENTENCE COMPUTATION - FSA * 10:58:48

SENTENCE PROCEDURE: 4080 3559 PLRA SENTENCE
TERM IN EFFECT.....: Y: M: 24 D: DCB......: 10-26-2022
TIE CONVERTED......: Y: 2 M: D: DOB......:
D: 731
PROJ GCT TO AWARD.: 108 ANNUAL AND 0 PRORATED = 108 TOTAL
DISALLOW / FORFEIT: ANNUAL AND PRORATED
FINAL GCT AWARDED.: 108 ANNUAL AND 0 PRORATED = 108 TOTAL
PRORATE GCT FROM..:
JAIL CREDIT FROM..: 01-18-2021 THRU: 01-18-2021 1
FROM..: 04-13-2021 THRU: 10-25-2022 561
FROM..: THRU: JC DAYS..: 562
INOP TIME FROM..: THRU: INOP DAYS:
GED UNSAT FROM..: THRU:
FROM..: THRU:
6 MONTH/ 10% DATE.: / PROJ SRD.: 12-25-2022
TWO THIRDS DATE...: 08-12-2022 EFT.....: 04-12-2023
DAYS OVERSERVED...: HARDCOPY.: Y
S5803 CHECK INMATE'S EDI RECORD FOR GED UNSAT - WILL AFFECT SRD FOR PLRA
```

Statutory Release Date: **12-25-2022**     Term of Supervision: **3 Years**

Type of Release: **GCT REL**

Remarks: The Projected Statutory Release Date (PROJ SRD) displayed
on this document pertains to the above listed case(s) only.