UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-330 (JEB) |
| v. : | |
| : | |
| JONATHAN JOSEPH MUNAFO, : | |
| : | |
| Defendant. : | |

### GOV'T NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LCrR 49

Pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the government and hereby gives notice of the following video exhibits in support of its sentencing memorandum (ECF No. 48). These videos have been provided to the Court and all counsel via a secure filesharing platform. Due to the length of some videos, the parties recommend that the Court and Counsel review them prior to the hearing so that insofar as is possible and if desired, the parties may incorporate the exhibits by reference at the sentencing hearing. Should the Court or Counsel request, however, the parties will be ready to show any video in its entirety at the hearing.

The parties have no objection to the public release of these videos.

*Government Video Exhibits*

### GOV'T EXHIBIT 01

*Type:* Video
*File Type:* .mp4
*Length:* 07 min. 17 sec.
*Source:* Open-Source Video[1]
*Description:* The video shows Beddingfield walking towards the U.S. Capitol via the Pennsylvania Walkway at approx. timestamp 07 min 15 sec.

---

[1] https://archive.org/download/rccHcNR5Wr7KjuJ4G/rccHcNR5Wr7KjuJ4G.mpeg4

**GOV'T EXHIBIT 02**

*Type:*          Video
*File Type:*     .mp4
*Length:*        40 min. 59 sec.
*Source:*        U.S. Capitol Closed Circuit Video (CCV) (no audio)[2]
*Description:*   This is timestamped surveillance video from the U.S. Capitol Police showing the rioters in and around the Tunnel from 2:49 p.m. through 3:30 p.m. Munafo may be seen entering the Tunnel for the first time at approximately 2:57 p.m. (timestamp 08 min. 57 sec.); reentering the Tunnel and rushing to the front of the line at approximately 3:01 p.m. (timestamp 12 min. 49 sec.); and assaulting MPD Officer N.M. at approximately 3:21 p.m. (timestamp 32 min. 17 sec.).

**GOV'T EXHIBIT 03**

*Type:*          Video
*File Type:*     .mp4
*Length:*        07 min 40 sec
*Source:*        Recovered from a Capitol Riot defendant pursuant to a search warrant
*Description:*   This video was recorded by another rioter and shows the moment described above at 3:01 p.m. when Munafo rushed forward into the Tunnel and to the front line of the rioters. While up against the police line, he pointed, gestured, and reached over several times. It is unclear if he made contact with any of the police officers. While he is retreating, he removes the gas mask and reveals his face.

Munafo is first seen at timestamp 03 min. 01 sec. and can be seen until approx. 03 min. 42 sec. As he leaves, other rioters may be heard shouting, "We need fresh people!"

**GOV'T EXHIBIT 04**

*Type:*          Video
*File Type:*     .mp4
*Length:*        09 min 01 sec
*Source:*        Open-Source[3]
*Description:*   At approx. 05 min. 09 sec., Munafo may be seen raising his hand and his flag while cheering with the crowd, celebrating that they were able to steal a riot shield. This video also shows the moment that former MPD Officer Fanone was pulled out of the Tunnel (05 min. 58 sec.). This video also shows the moment that Munafo jumped up out of the crowd to assault MPD

---

[2] See also https://www.youtube.com/watch?v=_a3RGlu5yLs

[3] https://archive.org/download/XyRpzTE2WYiQ8h2EP/Instagram_justuseapen.mpeg4

        Officer N.M., punching him twice, and ripping his riot shield from his hands (07 min. 45 sec.).

**GOV'T EXHIBIT 05**

*Type:* Video
*File Type:* .mp4
*Length:* 25 min. 03 sec.
*Source:* Open-Source[4]
*Description:* Another rioter recorded this video. Munafo appears at several times, beginning at approx. 10 min. 59 sec. He attempts to climb the wall at approx. 12 min. 12 sec.

**GOV'T EXHIBIT 06**

*Type:* Video
*File Type:* .mp4
*Length:* 00 min. 30 sec.
*Source:* Open-Source[5]
*Description:* This video was recorded by another rioter. As it begins, Munafo is already engaged in smashing one of the windows of the Capitol with a pole. Towards the end of the video, Munafo may be seen and heard banging his pole against a metal surface with another rioter to rile up the mob.

**GOV'T EXHIBIT 07**

*Type:* Video
*File Type:* .mp4
*Length:* 07 min. 23 sec.
*Source:* Open-Source[6]
*Description:* This video was recorded by another rioter. As it begins, the caption "Smashing Windows" appears on the screen and Munafo may be seen attempting to smash out the windows of the Capitol. There are several close-ups of Munafo, capturing moments where he interacts with others and the crowd (ex. 02 min 06 sec.).

At 02 min. 45 sec., the video cuts and the following words appear: This is where they attack a LEO, drag, and beat him. At approx. 04 min. 30 sec., Munafo may be seen sucker punching MPD Officer N.M.

---

[4] https://www.youtube.com/watch?v=rAKBMFMuJ-g

[5] https://www.youtube.com/watch?v=BxkL-6IRPJ0

[6] https://www.youtube.com/watch?v=5qY58Miu35o

**GOV'T EXHIBIT 08**

*Type:*         Video
*File Type:*    .mp4
*Length:*       01 min. 00 sec.
*Source:*       Open-Source[7]
*Description:*  Another rioter recorded this video. As it begins, Munafo is smashing on the windows of the Capitol. He continues until another rioters comes and stops him. On YouTube, the video was posted with the title, "ANTIFA/BLM at the Capitol?"

**GOV'T EXHIBIT 09**

*Type:*         Video
*File Type:*    .mp4
*Length:*       01 min. 13 sec.
*Source:*       Open-Source[8]
*Description:*  This video was recorded by another rioter and posted to Parler. Munafo may be seen punching MPD Officer N.M. at approx. 00 min. 28 sec. He can then be seen raising the shield over his head and shouting, then retreating into the mob. The shield was never recovered.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: *[signature]*

SEAN P. MURPHY
Assistant U.S. Attorney
DC Bar No. 1187821
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656

---

[7] https://archive.org/details/Aj98Gy862qqiGLLzF

[8] https://web.archive.org/web/submit?url=https://video.parler.com/Kd/e1/Kde14bJTM56p.mp4