# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21cr330-JEB
)
Jonathan Joshua Munafo )

## NOTICE OF APPEAL

Name and address of appellant:

Jonathan Munafo
DCDC No. 375-910
Correctional Treatment Facility
1901 E Street, SE
Washington, DC 20002

Name and address of appellant's attorney:

Kevin E. Lerman, Research & Writing Attorney
Federal Public Defender
District of Puerto Rico
241 F.D. Roosevelt Ave.
San Juan, PR 00918

Offense:   Civil Disorder (18 U.S.C. § 231(a)(3)); Assault/Resist/Impeded Officers (18 U.S.C. § 111(a)(1))

Concise statement of judgment or order, giving date, and any sentence:

Judgment (09/22/2023): Thirty-three (33) months incarceration, followed by thirty-six (36) months supervised release, $2,000.00 Restitution, and $200.00 S/A.

Name and institution where now confined, if not on bail:   Correction Treatment Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

10/6/2023
DATE

Jonthan Joshua Munafo
APPELLANT

Kevin E. Lerman
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☑ (FPD)
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?     YES ☑   NO ☐
Has counsel ordered transcripts?            YES ☐   NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☑   NO ☐