APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:21−cr−00330−JEB−1

Case title: USA v. MUNAFO

Magistrate judge case number: 1:21−mj−00394−ZMF

Date Filed: 04/28/2021

Assigned to: Chief Judge James E. Boasberg

**Defendant (1)**

| | | |
|---|---|---|
| **JONATHAN JOSHUA MUNAFO** | represented by | **Franco L. Perez−Redondo** <br> FEDERAL PUBLIC DEFENDER <br> District of Puerto Rico <br> 241 F.D. Roosevelt Ave. <br> San Juan, PR 00918 <br> 787−281−4922 <br> Fax: 787−281−4899 <br> Email: franco_perez@fd.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |
| | | **Joseph Niskar** <br> 241 F.D. Roosevelt Avenue <br> 3rd Floor <br> San Juan <br> Puerto Rico <br> 787−281−4922 <br> Email: joseph_niskar@fd.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Public Defender or Community Defender Appointment* |
| | | **Kevin Lerman** <br> FEDERAL PUBLIC DEFENDER <br> District of Puerto Rico <br> 241 F.D. Roosevelt Ave <br> San Juan, PR 00918−2441 <br> 787−281−4922 <br> Fax: 787−281−4899 <br> Email: kevin_lerman@fd.org <br> *ATTORNEY TO BE NOTICED* |

|  | *Designation: Public Defender or Community Defender Appointment* |
|---|---|
| **Pending Counts** | **Disposition** |
| 18:231(a)(3); CIVIL DISORDER; Civil Disorder<br>(1) | Defendant sentenced to concurrent terms of thirty−three (33) months incarceration on Counts 1 and 2, followed by concurrent thirty−six (36) months terms of Supervised Release as to Counts 1 and 2, a $100 Special Assessment , and Restitution in the amount of $2000. |
| 18:111(a)(1); Assaulting, Resisting, or Impeding Certain Officers; ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES<br>(2) | Defendant sentenced to concurrent terms of thirty−three (33) months incarceration on Counts 1 and 2, followed by concurrent thirty−six (36) months terms of Supervised Release as to Counts 1 and 2, a $100 Special Assessment , and Restitution in the amount of $2000. |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting<br>(3) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:1752(a)(1) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining on Restricted Grounds with a Dangerous Weapon<br>(4) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Dangerous Weapon<br>(5) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Act of Physical Violence Against Property on Restricted Grounds with a Dangerous Weapon<br>(6) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds<br>(7) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 18:641; THEFT/EMBEZZLEMENT OF U. S. PROPERTY; Theft of Government | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |

| | |
|---|---|
| Property (8) | |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (9) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |
| 40:5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Grounds or Buildings (10) | DISMISSED ON ORAL MOTION BY THE GOVERNMENT. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:111(a)(1)(A), 18:1752(a)(1), 18:1752(a)(2), 18:1752(a)(4), 18:1752(b)(1)(A), and 40:5104(e)(2) | |

---

**Interested Party**

| | | |
|---|---|---|
| **PRESS COALITION** | represented by | **Charles D. Tobin** BALLARD SPAHR LLP 1909 K Street, NW 12th Floor Washington, DC 20006 202−661−2218 Fax: 202−661−2299 Email: tobinc@ballardspahr.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Lauren Russell** BALLARD SPAHR LLP 1909 K Street, NW |

12th Floor
Washington, DC 20006
202−661−2200
Fax: 202−661−2299
Email: russelll@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
(202) 508−1140
Fax: (202) 661−2299
Email: mishkinm@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Sean P. Murphy**<br>U.S. ATTORNEYS OFFICE<br>District of Puerto Rico<br>Torre Chardon, Suite 1201<br>350 Carlos Chardon Avenue<br>San Juan, PR 00918<br>787−766−5656<br>Email: sean.murphy@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2021 | 1 | SEALED COMPLAINT as to JONATHAN J MUNAFO (1). (Attachments: # 1 Text of Proposed Order) (bb) [1:21−mj−00394−ZMF] (Entered: 04/26/2021) |
| 04/23/2021 | 3 | MOTION to Seal Case by USA as to JONATHAN J MUNAFO. (Attachments: # 1 Text of Proposed Order)(bb) [1:21−mj−00394−ZMF] (Entered: 04/27/2021) |
| 04/23/2021 | 4 | ORDER granting 3 Motion to Seal Case as to JONATHAN J MUNAFO (1). Signed by Magistrate Judge Zia M. Faruqui on 4/23/2021. (bb) [1:21−mj−00394−ZMF] (Entered: 04/27/2021) |
| 04/23/2021 | 5 | Arrest Warrant Returned Executed on 4/26/2021 in Orlando, FL as to JONATHAN J MUNAFO. (bb) [1:21−mj−00394−ZMF] (Entered: 04/27/2021) |
| 04/26/2021 | | Arrest of JONATHAN J MUNAFO in US District Court Middle District of Florida (Orlando). (bb) [1:21−mj−00394−ZMF] (Entered: 04/27/2021) |

| | | |
|---|---|---|
| 04/26/2021 | | Case unsealed as to JONATHAN J MUNAFO (bb) [1:21–mj–00394–ZMF] (Entered: 04/27/2021) |
| 04/28/2021 | 6 | INDICTMENT as to JONATHAN JOSHUA MUNAFO (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10. (zstd) (Entered: 04/29/2021) |
| 05/04/2021 | 12 | Rule 5(c)(3) Documents Received as to JONATHAN JOSHUA MUNAFO from US District Court Middle District of Florida (Orlando) Case Number 6:21–1359 (bb) (Entered: 08/10/2021) |
| 05/10/2021 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): The Court ORDERS an Arraignment/Initial Appearance is set for 5/11/2021 at 2:00 PM before Judge James E. Boasberg. The hearing will proceed by video conference for the parties and by telephone for members of the public. Pursuant to Standing Order 20–20 (BAH), the Court will provide public access to the hearing. It is hereby ORDERED that the participants using the public access telephone line shall adhere to the rules set forth in Standing Order 20–20 (BAH), available on the Court's website. Toll Free Number: 866–434–5269; Access Code: 2989848 So ORDERED by Judge James E. Boasberg on 5/10/2021. (nbn) (Entered: 05/10/2021) |
| 05/10/2021 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): Pursuant to the Due Process Protections Act, the Court ORDERS that all government counsel shall review their disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. So ORDERED by Judge James E. Boasberg on 5/10/2021. (znbn) (Entered: 05/10/2021) |
| 05/11/2021 | | Minute Entry for proceedings held before Judge James E. Boasberg: Arraignment as to JONATHAN JOSHUA MUNAFO (1). Defendant ARRAIGNED on counts 1–10 and a plea of NOT GUILTY entered. Oral Motion to "Appoint Federal Public Defender", HEARD and GRANTED. Oral Motion by the Defense to "Stay Transfer of Defendant", HEARD and GRANTED for the reasons stated on the record. The Court ORDERS that the defendant shall not be transferred from Florida until the Detention Hearing before a Magistrate Judge in this case is completed. The Court FURTHER ORDERS that the period from May 11, 2021 through July 12, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). Excludable started as to JONATHAN JOSHUA MUNAFO(1). The Court FURTHER ORDERS that a Joint Status Report is due by 7/12/2021.Bond Status of Defendant: remains COMMITTED/appeared via video; Court Reporter: Lisa Griffith; Defense Attorney: Kevin Lerman and Shelli Peterson; US Attorney: Sean Murphy. (nbn) (Entered: 05/11/2021) |
| 05/12/2021 | 8 | ORDER to Temporarily Stay Transfer until Detention Hearing held in this case as to JONATHAN JOSHUA MUNAFO (1). Signed by Judge James E. Boasberg on 5/12/2021. (nbn) (Entered: 05/12/2021) |
| 05/13/2021 | 9 | NOTICE OF ATTORNEY APPEARANCE: Franco L. Perez–Redondo appearing for JONATHAN JOSHUA MUNAFO (Perez–Redondo, Franco) (Entered: 05/13/2021) |
| 05/14/2021 | 10 | NOTICE OF ATTORNEY APPEARANCE: Kevin Lerman appearing for JONATHAN JOSHUA MUNAFO (Lerman, Kevin) (Entered: 05/14/2021) |

| | | |
|---|---|---|
| 07/12/2021 | 11 | Joint STATUS REPORT by JONATHAN JOSHUA MUNAFO (Lerman, Kevin) (Entered: 07/12/2021) |
| 07/13/2021 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO(1): The Court adopts the parties 11 Joint Status Report and ORDERS the parties to file another Joint Status Report on or before 9/10/2021. The Court FURTHER ORDERS that the period from July 12, 2021 through September 10, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). So ORDERED by Judge James E. Boasberg on 7/13/2021. (nbn) (Entered: 07/13/2021) |
| 08/31/2021 | 13 | TRANSCRIPT OF PROCEEDINGS in case as to JONATHAN JOSHUA MUNAFO before Judge James E. Boasberg held on 5−11−21; Page Numbers: 1−14. Date of Issuance:8−31−21. Court Reporter/Transcriber Lisa W Griffith, Telephone number 202−354−3247, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the cou rt reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/21/2021. Redacted Transcript Deadline set for 10/1/2021. Release of Transcript Restriction set for 11/29/2021.(Griffith, Lisa) (Entered: 08/31/2021) |
| 09/10/2021 | 14 | Joint STATUS REPORT by JONATHAN JOSHUA MUNAFO (Lerman, Kevin) (Entered: 09/10/2021) |
| 09/13/2021 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): The Court adopts the parties 14 Joint Status Report and ORDERS the parties to file another Joint Status Report on or before 11/9/2021. The Court FURTHER ORDERS that the period from September 13, 2021 through November 9, 2021, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). So ORDERED by Judge James E. Boasberg on 9/13/2021. (nbn) (Entered: 09/13/2021) |
| 11/09/2021 | 15 | Joint MOTION for Extension of Time to File *Joint Status Report by November 30, 2021* by JONATHAN JOSHUA MUNAFO. (Lerman, Kevin) (Entered: 11/09/2021) |
| 11/10/2021 | | MINUTE ORDER: The Court ORDERS that: 1) The parties' 15 Joint Motion for Extension is GRANTED; 2) They shall file a further Joint Status Report by November 30, 2021; and 3) It is in the interest of justice to exclude time until that date under the Speedy Trial Act. So ORDERED by Judge James E. Boasberg on 11/10/2021. (lcjeb2) (Entered: 11/10/2021) |
| 11/30/2021 | 16 | Joint STATUS REPORT by USA as to JONATHAN JOSHUA MUNAFO (Attachments: # 1 Western District of Michigan Docket Report for Crim. No. 21−CR−99 (JTN) as of November 30, 2021)(Murphy, Sean) Modified text on 12/1/2021 (zstd). (Entered: 11/30/2021) |

| | | |
|---|---|---|
| 12/01/2021 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1) : The Court adopts the parties' 16 Joint Status Report and ORDERS the parties to file another Joint Status Report on or before 1/28/2022. The Court FURTHER ORDERS that the period from December 1, 2021 through January 28, 2022, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). So ORDERED by Judge James E. Boasberg on 12/1/2021. (nbn) (Entered: 12/01/2021) |
| 12/29/2021 | 17 | NOTICE *of Filing Discovery Memoranda* by USA as to JONATHAN JOSHUA MUNAFO (Attachments: # 1 Government's Memoranda 1 through 5 Regarding Status of Discovery)(Murphy, Sean) (Entered: 12/29/2021) |
| 01/29/2022 | 18 | MOTION for Extension of Time to *Submit Joint Status Report* by JONATHAN JOSHUA MUNAFO. (Lerman, Kevin) (Entered: 01/29/2022) |
| 01/31/2022 | | MINUTE ORDER granting 18 Motion for Extension of Time as to JONATHAN JOSHUA MUNAFO (1). So ORDERED, by Judge James E. Boasberg on 1/31/2022. (nbn) (Entered: 01/31/2022) |
| 01/31/2022 | 19 | Joint STATUS REPORT by JONATHAN JOSHUA MUNAFO (Lerman, Kevin) (Entered: 01/31/2022) |
| 01/31/2022 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): The Court adopts 19 Joint Status Report and ORDERS the parties to file another Joint Status Report on or before 4/1/2022. The Court FURTHER ORDERS that the period from January 31, 2022 through April 1, 2022, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). So ORDERED, by Judge James E. Boasberg on 1/31/2022. (nbn) (Entered: 01/31/2022) |
| 04/01/2022 | 20 | Joint STATUS REPORT by JONATHAN JOSHUA MUNAFO (Lerman, Kevin) (Entered: 04/01/2022) |
| 04/04/2022 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): The Court adopts 20 Joint Status Report and ORDERS the parties to file another Joint Status Report on or before 5/31/2022. The Court FURTHER ORDERS that the period from April 1, 2022 through May 31, 2022, inclusive, is excluded from the Speedy Trial calculation in the Interest of Justice (XT). So ORDERED, by Judge James E. Boasberg on 4/4/2022. (nbn) (Entered: 04/04/2022) |
| 04/19/2022 | 21 | MOTION for Release from Custody *or, in the alternative*, MOTION for Hearing *(Detention Hearing)* by JONATHAN JOSHUA MUNAFO. (Lerman, Kevin) (Entered: 04/19/2022) |
| 04/20/2022 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): After discussions with the parties, the Court ORDERS a Motion Hearing set for 5/2/2022 at 10:00 AM in Telephonic/VTC before Judge James E. Boasberg. So ORDERED, by Judge James E. Boasberg on 4/20/2022. (nbn) (Entered: 04/20/2022) |
| 04/27/2022 | 22 | Writ of Habeas Corpus ad Prosequendum Issued to Newaygo County Jail signed by Judge James E. Boasberg on 4/27/2022 as to JONATHAN JOSHUA MUNAFO to appear by Zoom video on 5/2/2022. (nbn) (Entered: 04/27/2022) |
| 05/02/2022 | | Minute Entry for proceedings held before Judge James E. Boasberg: Video Motion Hearing as to JONATHAN JOSHUA MUNAFO (1) held on 5/2/2022 re 21 MOTION for Release from Custody *or, in the alternative* MOTION for Hearing *(Detention Hearing)* filed by JONATHAN JOSHUA MUNAFO (1). Oral arguments heard. Detention Hearing set for 5/17/2022 at 10:00 AM in Telephonic/VTC before Judge |

| | | |
|---|---|---|
| | | James E. Boasberg. Bond Status of Defendant: COMMITTED/appeared on Writ via Zoom video; Court Reporter: Lisa Griffith; Defense Attorney: Kevin Lerman; US Attorney: Sean Murphy. (nbn) (Entered: 05/02/2022) |
| 05/16/2022 | 23 | Writ of Habeas Corpus ad Prosequendum Issued to Newaygo County Jail as to JONATHAN JOSHUA MUNAFO (1) to appear 5/17/2022. Signed by Judge James E. Boasberg on 5/16/2022. (nbn) (Entered: 05/16/2022) |
| 05/17/2022 | 24 | MOTION for Pretrial Detention by USA as to JONATHAN JOSHUA MUNAFO (Attachments: # 1 Criminal Complaint and Statement of Facts from Michigan Case, # 2 Defendant's Motion for Pretrial Release from Michigan Case)(Murphy, Sean) Modified event on 5/17/2022 (zstd). (Entered: 05/17/2022) |
| 05/17/2022 | | Minute Entry for a Video Detention Hearing before Judge James E. Boasberg held on 5/17/22 as to JONATHAN JOSHUA MUNAFO (1). Oral arguments heard. Oral order denying 21 Motion for Release from Custody. Granting the government's request to detain the defendant. The parties Joint Status Report due on 5/31/22, is extended to 7/8/22. The Court FURTHER ORDERS that the period from May 17, 2022 through July 8, 2022, inclusive, is extended from the Speedy Trial calculation in the in the Interest of Justice. Bond Status of Defendant: COMMITTED/appeared via Zoom video; US Attorney: Sean P. Murphy; Defense Attorney: Kevin Lerman; Pretrial Services: Andre Sidbury; Court Reporter: Lisa Griffith (zgdf) (Entered: 05/17/2022) |
| 05/17/2022 | 25 | GOVERNMENT'S EXHIBIT LIST–(Detention Hearing) as JONATHAN JOSHUA MUNAFO. (zgdf) (Entered: 05/17/2022) |
| 05/17/2022 | 26 | NOTICE *of Filing of of Video Exhibits to Support 24 Gov't Motion for Pretrial Detention Pursuant to LCrR 49(e)(1) and Standing Order No. 21−28 (BAH)* by USA as to JONATHAN JOSHUA MUNAFO (Murphy, Sean) Modified to add link and text on 5/17/2022 (zstd). (Entered: 05/17/2022) |
| 05/18/2022 | 27 | Application for Access to Video Exhibits by PRESS COALITION as to JONATHAN JOSHUA MUNAFO. (zstd) (Entered: 05/19/2022) |
| 05/19/2022 | | MINUTE ORDER granting 27 Motion to Access as to JONATHAN JOSHUA MUNAFO (1). So ORDERED, by Judge James E. Boasberg on 5/19/2022. (nbn) (Entered: 05/19/2022) |
| 07/01/2022 | 28 | TRANSCRIPT OF PROCEEDINGS in case as to JONATHAN JOSHUA MUNAFO before Judge James E. Boasberg held on 5−17−22; Page Numbers: 1−18. Date of Issuance:7−1−22. Court Reporter/Transcriber Lisa Griffith, Telephone number 202−354−3247, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 7/22/2022. Redacted Transcript Deadline set for 8/1/2022. Release of Transcript Restriction set for 9/29/2022.(Griffith, Lisa) (Entered: 07/01/2022) |
| 07/14/2022 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): As the parties have failed to comply with the July 8, 2022, deadline to file their Joint Status Report, the Court ORDERS that they file such JSR by July 15, 2022. So ORDERED, by Judge James E. Boasberg on 7/14/2022. (nbn) (Entered: 07/14/2022) |
| 07/15/2022 | 29 | Joint STATUS REPORT by JONATHAN JOSHUA MUNAFO (Lerman, Kevin) (Entered: 07/15/2022) |
| 07/15/2022 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): The Court ORDERS that: 1) The parties' 29 Joint Status Report is ADOPTED; 2) The parties shall file a further JSR by September 13, 2022; and 3) Time shall be excluded under the Speedy Trial Act through that date. So ORDERED, by Judge James E. Boasberg on 7/15/2022. (nbn) (Entered: 07/15/2022) |
| 09/13/2022 | 30 | Joint STATUS REPORT by JONATHAN JOSHUA MUNAFO (Lerman, Kevin) (Entered: 09/13/2022) |
| 09/13/2022 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): The Court ORDERS that: 1) The parties' 30 Joint Status Report is ADOPTED; 2) The parties shall file a further JSR by November 14, 2022; and 3) Time shall be excluded under the Speedy Trial Act through that date. So ORDERED, by Judge James E. Boasberg on 9/13/2022. (nbn) (Entered: 09/13/2022) |
| 09/13/2022 | | Set/Reset Deadlines as to JONATHAN JOSHUA MUNAFO:Joint Status Report due by 11/14/2022. (nbn) (Entered: 09/13/2022) |
| 11/14/2022 | 31 | Joint STATUS REPORT by JONATHAN JOSHUA MUNAFO (Lerman, Kevin) (Entered: 11/14/2022) |
| 11/15/2022 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): The Court ORDERS that: 1) The parties' 31 Joint Status Report is ADOPTED; 2) They shall next appear on January 13, 2023, at 10:30 a.m. for a status hearing; and 3) The time between today and that date is excluded under the Speedy Trial Act in the interests of justice. So ORDERED, by Judge James E. Boasberg on 11/15/2022. (nbn) (Entered: 11/15/2022) |
| 11/22/2022 | | Set/Reset Hearings as to JONATHAN JOSHUA MUNAFO:Status Conference set for 1/13/2023 at 10:30 AM in Courtroom 25A– In Person before Judge James E. Boasberg. (nbn) (Entered: 11/22/2022) |
| 12/06/2022 | 32 | NOTICE OF ATTORNEY APPEARANCE: Joseph Niskar appearing for JONATHAN JOSHUA MUNAFO (Niskar, Joseph) (Entered: 12/06/2022) |
| 12/20/2022 | 33 | MOTION to Continue *Status Conference* by JONATHAN JOSHUA MUNAFO. (Lerman, Kevin) (Entered: 12/20/2022) |
| 12/20/2022 | 34 | MOTION to Exclude Time Under The Speedy Trial Act by JONATHAN JOSHUA MUNAFO. (See docket entry 33 to view document.) (zstd) (Entered: 12/20/2022) |
| 12/20/2022 | | MINUTE ORDER granting 33 Motion to Continue as to JONATHAN JOSHUA MUNAFO (1): The Court ORDERS the Status Conference set for 1/13/2023 is VACATED and RESET for 1/27/2023 at 02:00 PM in Courtroom 25A– In Person before Judge James E. Boasberg. The Court will toll the Speedy Trial Clock until |

| | | |
|---|---|---|
| | | 1/27/2023, in the interest of justice (XT). So ORDERED, by Judge James E. Boasberg on 12/20/2022. (nbn) (Entered: 12/20/2022) |
| 01/19/2023 | 35 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL as to JONATHAN JOSHUA MUNAFO. (This document is SEALED and only available to authorized persons.) (Niskar, Joseph) (Entered: 01/19/2023) |
| 01/19/2023 | 36 | SEALED MOTION as to JONATHAN JOSHUA MUNAFO. (This document is SEALED and only available to authorized persons.) (Niskar, Joseph) (Entered: 01/19/2023) |
| 01/19/2023 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): The Court ORDERS that: 1) Defendant's 35 Sealed Motion to Seal is DENIED as there is nothing particularly sensitive in his attached Motion; 2) Defendant's 36 Motion re: Computers is DENIED WITHOUT PREJUDICE as it says nothing about jail policies or efforts to coordinate with jail officials; and 3) Both Motions are UNSEALED. So ORDERED, by Judge James E. Boasberg on 1/19/2023. (nbn) (Entered: 01/19/2023) |
| 01/27/2023 | | Minute Entry for proceedings held before Judge James E. Boasberg: Status Conference as to JONATHAN JOSHUA MUNAFO (1) held on 1/27/2023. The Court finds it in the Interest of Justice to toll the Speedy Trial Clock between 1/27/2023 and 3/17/2023 (XT). Excludable started as to JONATHAN JOSHUA MUNAFO (1). Status Conference set for 3/17/2023 at 02:45 PM in Telephonic/VTC before Judge James E. Boasberg. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: Stacy Heavenridge; Defense Attorney: Joseph Niskar and Kevin Lerman; US Attorney: Sean Murphy. (nbn) (Entered: 01/27/2023) |
| 03/15/2023 | | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): After discussions with the parties, the Court ORDERS the Status Conference set for 3/17/2023 is VACATED and RESET for a Plea Agreement Hearing on 4/21/2023 at 10:00 AM in Courtroom 22A– In Person before Judge James E. Boasberg. The Court also finds it in the Interest of Justice, to toll the Speedy Trial Clock between 3/17/2023 and 4/21/2023 (XT). So ORDERED, by Judge James E. Boasberg on 3/15/2023. (nbn) (Entered: 03/15/2023) |
| 04/21/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Plea Agreement Hearing as to JONATHAN JOSHUA MUNAFO (1) held on 4/21/2023. Defendant sworn and enters a plea of GUILTY as to counts 1–2 of the Indictment filed on 4/28/2021. The Court accepts the plea and the Defendant is found GUILTY. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to JONATHAN JOSHUA MUNAFO (1). Sentencing set for 8/29/2023 at 10:00 AM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: Bryan Wayne; Defense Attorney: Joseph Niskar and Kevin Lerman; US Attorney: Sean Murphy. (nbn) (Entered: 04/21/2023) |
| 04/21/2023 | 37 | PLEA AGREEMENT as to JONATHAN JOSHUA MUNAFO (1). (nbn) (Entered: 04/21/2023) |
| 04/21/2023 | 38 | WAIVER of Trial by Jury as to JONATHAN JOSHUA MUNAFO (1). Approved by Chief Judge James E. Boasberg on 4/21/2023. (nbn) (Entered: 04/21/2023) |
| 04/21/2023 | 39 | STATEMENT OF OFFENSE by USA as to JONATHAN JOSHUA MUNAFO (1). (nbn) (Entered: 04/21/2023) |
| 05/24/2023 | | |

|  |  |  |
|---|---|---|
|  |  | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1): Due to a scheduling conflict with the Probation Officer, the Court ORDERS Sentencing set for 8/29/2023 is VACATED and RESET for 9/22/2023 at 02:00 PM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. So ORDERED, by Chief Judge James E. Boasberg on 5/24/2023. (nbn) (Entered: 05/24/2023) |
| 09/19/2023 | 45 | SENTENCING MEMORANDUM by JONATHAN JOSHUA MUNAFO (Lerman, Kevin) (Entered: 09/19/2023) |
| 09/19/2023 | 47 | MOTION for Downward Variance by JONATHAN JOSHUA MUNAFO. (See docket entry 45 to view document.) (zstd) (Entered: 09/20/2023) |
| 09/20/2023 | 46 | MOTION for Leave to File *Government's Unredacted Sentencing Memo Under Seal* by USA as to JONATHAN JOSHUA MUNAFO. (Attachments: # 1 Text of Proposed Order)(Murphy, Sean) (Entered: 09/20/2023) |
| 09/20/2023 |  | MINUTE ORDER as to JONATHAN JOSHUA MUNAFO (1), GRANTING 46 Motion for Leave to File under Seal. So ORDERED by Chief Judge James E. Boasberg on 9/20/2023. (nbn) (Entered: 09/20/2023) |
| 09/20/2023 | 48 | SENTENCING MEMORANDUM by USA as to JONATHAN JOSHUA MUNAFO (Attachments: # 1 Exhibit 10 – Munafo's Federal Bureau of Prisons Designation and Sentence Computation Center Independent Sentence Computation (PSIN), # 2 Exhibit 11 – Sentencing Transcript from U.S. v. Munafo (21–CR–99 (JTN) (W.D.M.I.) (Nov. 11, 2022))(Murphy, Sean) (Entered: 09/20/2023) |
| 09/20/2023 | 49 | NOTICE *of Filing Video Exhibits (Gov't Ex. 1–9)* by USA as to JONATHAN JOSHUA MUNAFO re 48 Sentencing Memorandum, (Murphy, Sean) (Entered: 09/20/2023) |
| 09/22/2023 |  | Minute Entry for proceedings held before Chief Judge James E. Boasberg:Sentencing held on 9/22/2023 as to JONATHAN JOSHUA MUNAFO (1). Defendant sentenced to concurrent terms of thirty–three (33) months incarceration on Counts 1 and 2, followed by concurrent thirty–six (36) months terms of Supervised Release as to Counts 1 and 2, Special Assessments totaling $200, and Restitution in the amount of $2000. Oral motion by the Government to "dismiss the remaining counts", HEARD and GRANTED. The Court ORDERS counts 3–10 are hereby DISMISSED. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: Tammy Nestor; Defense Attorney: Franco Perez–Redondo and Joseph Niskar; US Attorney: Sean Murphy; Prob Officer: Sherry Baker. (nbn) (Entered: 09/22/2023) |
| 09/22/2023 | 51 | JUDGMENT as to JONATHAN JOSHUA MUNAFO. Statement of Reasons Not Included. Signed by Chief Judge James E. Boasberg on 9/22/2023. (zstd) (Entered: 09/25/2023) |
| 09/22/2023 | 52 | STATEMENT OF REASONS as to JONATHAN JOSHUA MUNAFO re 51 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Chief Judge James E. Boasberg on 9/22/2023. (zstd) (Entered: 09/25/2023) |
| 10/06/2023 | 53 | NOTICE OF APPEAL – Final Judgment by JONATHAN JOSHUA MUNAFO re 51 Judgment. Fee Status: No Fee Paid. Parties have been notified. (Lerman, Kevin) (Entered: 10/06/2023) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No.  21cr330-JEB
)
Jonathan Joshua Munafo )

## NOTICE OF APPEAL

Name and address of appellant:   Jonathan Munafo
DCDC No. 375-910
Correctional Treatment Facility
1901 E Street, SE
Washington, DC 20002

Name and address of appellant's attorney:   Kevin E. Lerman, Research & Writing Attorney
Federal Public Defender
District of Puerto Rico
241 F.D. Roosevelt Ave.
San Juan, PR 00918

Offense:   Civil Disorder (18 U.S.C. § 231(a)(3)); Assault/Resist/Impeded Officers (18 U.S.C. § 111(a)(1))

Concise statement of judgment or order, giving date, and any sentence:

Judgment (09/22/2023): Thirty-three (33) months incarceration, followed by thirty-six (36) months supervised release, $2,000.00 Restitution, and $200.00 S/A.

Name and institution where now confined, if not on bail:   Correction Treatment Facility

   I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| 10/6/2023 | Jonthan Joshua Munafo |
|---|---|
| DATE | APPELLANT |
|  | Kevin E. Lerman |
|  | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE   [✔] (FPD)
PAID USDC FEE   [ ]
PAID USCA FEE   [ ]

Does counsel wish to appear on appeal?   YES [✔]   NO [ ]
Has counsel ordered transcripts?   YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]   NO [ ]

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | |
| JONATHAN JOSHUA MUNAFO | Case Number: 21-cr-00330-JEB-1 |
| | USM Number: 41444-509 |
| | Joseph Niskar and Kevin Lerman |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   1-2 of the Indictment filed on 4/28/2021.

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 231(a)(3) | Civil Disorder | 1/6/2021 | 1 |
| 18 USC § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers | 1/6/2021 | 2 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on

count(s) x☐ Count(s) 3-10          ☐ is   x☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/22/2023
Date of Imposition of Judgment

Signature of Judge

James E. Boasberg, US District Court Chief Judge
Name and Title of Judge

9/22/23
Date

AO 245B (Rev 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: JONATHAN JOSHUA MUNAFO
CASE NUMBER: 21-cr-00330-JEB-1

Judgment — Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

concurrent terms of thirty-three (33) months on Counts 1 and 2.

☑ The court makes the following recommendations to the Bureau of Prisons:

FPC Pensacola

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page   3   of   7

DEFENDANT: JONATHAN JOSHUA MUNAFO
CASE NUMBER: 21-cr-00330-JEB-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

concurrent thirty-six (36) month terms of supervised release as to Counts 1 and 2.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page 4 of 7

DEFENDANT: JONATHAN JOSHUA MUNAFO
CASE NUMBER: 21-cr-00330-JEB-1

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____ Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page 5 of 7

DEFENDANT: JONATHAN JOSHUA MUNAFO
CASE NUMBER: 21-cr-00330-JEB-1

## SPECIAL CONDITIONS OF SUPERVISION

You shall comply with the following special conditions:

You are ordered to make restitution to the Architect of the Capitol in the amount of $2,000. The Court determined you do not have the ability to pay interest and therefore waives any interest or penalties that may accrue on the balance.

Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia, for disbursement to the following victim:
Architect of the Capitol
Office of the Chief Financial Officer
Ford House Office Building, Room H2-205B
Washington, DC 20515
$2,000

Financial Payment Schedule - Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows: Payment in equal monthly installments of $100 a month over a period of 35 months, to commence upon release.

Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

Substance Abuse Treatment - You must participate in an inpatient and/or outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration,
intensity, etc.).

Mental Health Treatment - You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Mental Health Medication - You must take all mental health medications that are prescribed by your treating physician.

Re-entry Progress Hearing - Within sixty days of release from incarceration or placement on supervision, you will appear before the Court for a re-entry progress hearing. Prior to the hearing, the probation officer will submit a report summarizing your status and compliance with release conditions. If you are supervised by a district outside of the Washington DC metropolitan area, the United States Probation Office in that district will submit a progress report to the court within 60 days of the commencement of supervision; upon receipt of the progress report, the Court will determine if your appearance is required.

AO 245B (Rev 09/19)  Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 6 of 7

DEFENDANT: JONATHAN JOSHUA MUNAFO
CASE NUMBER: 21-cr-00330-JEB-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 200.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Clerk of the Court for the United States District Court for the District of Columbia for disbursement to the following victims | | $2,000.00 | |
| Architect of the Capitol Office of the Chief Financial Officer Ford House Office Building, Room H2-205B Washington, DC 20515 | | | |
| TOTALS | $ 0.00 | $ 2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine   ☑ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page  7  of  7

DEFENDANT: JONATHAN JOSHUA MUNAFO
CASE NUMBER: 21-cr-00330-JEB-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☑  Lump sum payment of $ 2,200.00  due immediately, balance due

  ☐  not later than _____, or
  ☑  in accordance with ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☑  Payment in equal  22  *(e.g., weekly, monthly, quarterly)* installments of $ 100 over a period of 22 *(e.g., months or years)*, to commence  30 days *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:

  The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

  Case Number
  Defendant and Co-Defendant Names          Joint and Several    Corresponding Payee,
  *(including defendant number)*   Total Amount    Amount    if appropriate

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.